**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Terence Graham, Appellant,

v.

Brandi Graham, Respondent.

Appellate Case No. 2017-001455

---

Appeal From Oconee County
Edgar H. Long, Jr., Family Court Judge

---

Unpublished Opinion No. 2020-UP-233
Submitted June 1, 2020 – Filed August 12, 2020

---

**AFFIRMED**

---

Terence Graham, of Reidsville, North Carolina, pro se.

Brandi Graham, of Seneca, pro se.

Jeremey Poindexter, of Poindexter Law Firm, LLC, of Anderson, as the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Terence Graham appeals the family court's final order approving a consent agreement between him and his ex-wife, Brandi Graham. Because the underlying order was entered pursuant to a consent agreement and Graham failed

to make any objections at the hearing or file a motion pursuant to Rule 59(e), SCRCP, we affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Calcutt v. Calcutt*, 282 S.C. 565, 572, 320 S.E.2d 55, 59 (Ct. App. 1984) ("It is well settled an appeal will not be entertained from an order by consent."); *Doe v. Roe*, 369 S.C. 351, 375-76, 631 S.E.2d 317, 330 (Ct. App. 2006) ("An issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [family court] to be preserved for appellate review."); *id*. at 376, 631 S.E.2d at 330 ("An issue is not preserved where the [family] court does not explicitly rule on an argument and the appellant does not make a Rule 59(e) motion to alter or amend the judgment.").

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.